E-Filed 3/22/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HENDRIK BLOCK,

    Plaintiff,

    v.

SEVEN TIGERS, INC., et al.,

    Defendants.

Case No. 16-cv-00643-HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 12

Plaintiff notified the court that this entire case has been settled; the court vacates all previously scheduled deadlines and appearances.

**On or before April 22, 2016**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court at 280 South First Street, San Jose, California on April 26, 2016 at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than April 22, 2016 advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: 3/22/16

Howard R. Lloyd
United States Magistrate Judge